UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNETTE CHARPENTIER<br><br>VERSUS<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | CIVIL ACTION<br><br>NUMBER 09-1034-RET |

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 11, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of Michael J. Astrue, Commissioner of Social Security, denying the plaintiff's application for supplemental security income (SSI) benefits is reversed, and this matter will be remanded to the Commissioner to conduct any administrative proceedings necessary to complete the record, reevaluate the plaintiff's claim in accordance with the applicable legal standards and issue a new decision.

Baton Rouge, Louisiana, June 6, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA